AO 94 (Rev. 06/09) Commitment to Another District

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

**ENTERED**
August 24, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Case No. 4:20–mj–01534 |
| Kevin Scott Wynn | § § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Arizona District, Phoenix division, in 2:18cr649 (charging District's case number).**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: August 24, 2020

Sam S. Sheldon
United States Magistrate Judge